BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESTER ROYAL and ELLA ROYAL,

    Plaintiffs,

vs.

HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.), et al.,

    Defendants.

No. 3:11-cv-04475-CRB

**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HUNTINGTON INGALLS INCORPORATED f/k/a NORTHROP GRUMMAN SHIPBUILDING, INC.**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HUNTINGTON INGALLS INCORPORATED f/k/a NORTHROP GRUMMAN SHIPBUILDING, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 2, 2014

By: _____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1