UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER ROYAL, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>FOSTER WHEELER LLC, et al.,<br><br>    Defendants. | Case No.  11-cv-04475-CRB   (JSC)<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

The status conference regarding the dismissal of defendant CBS Corporation is continued from June 19, 2014 to July 31, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 16, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge