BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER ROYAL and ELLA ROYAL,<br><br>    Plaintiffs,<br><br>vs.<br><br>HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.), *et al.*,<br><br>    Defendants. | No.  3:11-cv-04475-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL OF DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, WITH PREJUDICE** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  July 11, 2014          By: _____
                                Charles R. Breyer
                                United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

1
ORDER GRANTING PARTIES' DISMISSAL OF DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, WITH PREJUDICE