1  ALAN R. BRAYTON, ESQ.,  S.B. #73685
   DAVID R. DONADIO, ESQ.,  S.B. #154436
2  KIMBERLY J. CHU, ESQ., S.B. #206817
   Email: kchu@braytonlaw.com
3  BRAYTON❖PURCELL LLP
   Attorneys at Law
4  222 Rush Landing Road
   P.O. Box 6169
5  Novato, California  94948-6169
   (415) 898-1555
6  (415) 898-1247 (Facsimile)

7  Attorneys for Plaintiffs

8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10          **SAN FRANCISCO DIVISION**

11  LESTER ROYAL and ELLA ROYAL,          )   No.  3:11-cv-04475-CRB
                                          )
12          Plaintiffs,                   )   STATUS REPORT RE: DISMISSAL OF
                                          )   DEFENDANT CBS CORPORATION
13  vs.                                   )   (FKA VIACOM INC., FKA
                                          )   WESTINGHOUSE ELECTRIC
14  HUNTINGTON INGALLS                    )   CORPORATION)
    INCORPORATED (FKA NORTHROP            )
15  GRUMMAN SHIPBUILDING, INC.),          )   Date: ~~July 24, 2014~~  July 31, 2014
    *et al.*,                             )   Time: 1:30 p.m.
16                                        )   Judge: Honorable Jacqueline Scott Corley
            Defendants.                   )   Courtroom: F
17                                        )

18

19  TO THE HONORABLE JUDGE AND TO ALL PARTIES OF RECORD:

20          Plaintiffs hereby respectfully submit the following status report regarding the dismissal

21  of CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC

22  CORPORATION) ("CBS") in the above-captioned case.  Plaintiffs also request that the Status

23  Conference regarding the dismissal of CBS scheduled for July ~~24~~ 31, 2014, at 1:30 p.m. be vacated

24  by the Court.

25          1.       On  July 9, 2014, a signed Stipulation for Dismissal with Prejudice of Defendant

26  CBS was filed along with an Order Granting Parties' Dismissal with Prejudice of CBS (Doc 32).

27          2.       On  July 15, 2014, the Honorable Charles R. Breyer signed the Order Granting

28  Parties Dismissal of Prejudice of Defendant CBS.  *See* Exhibit A, attached.

BRAYTON❖PURCELL, LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

3. As all claims against CBS have been dismissed, plaintiffs respectfully request that the July 24,2014 Status Conference re: the Dismissal of Defendant CBS be vacated.

Dated:   July 22, 2014                          BRAYTON❖PURCELL LLP


By:   /s/ Kimberly J. Chu
      Kimberly J. Chu, Esq., S.B. #206817
      Email: kchu@braytonlaw.com
      (415) 898-1555
      (415) 898-1247 Facsimile
      Attorneys for Plaintiffs

IT IS SO ORDERED
AS MODIFIED
Jacqueline S. Coly
Judge Jacqueline Scott Corley

STATUS REPORT RE: DISMISSAL OF DEFENDANT CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION)